WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
William A. Maher
Paul R. DeFilippo
James N. Lawlor
Adam M. Bialek
Mara R. Lieber

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>        Debtors. | **Chapter 11** |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>        Plaintiff,<br><br>  -against-<br><br>IFREDOM DIRECT CORPORATION (FKA NEW<br>FREEDOM MORTGAGE CORPORATION),<br><br>        Defendant. | **Case No. 08-13555 (SCC)**<br><br>**Adv. Pro. No. 18-01789** |

# SUMMONS AND NOTICE OF
# PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court. Please note, however, that pursuant to this Court's Order Granting Plaintiff's Motion for Leave to Supplement Pleadings, dated November 30, 2018 [ECF No. 697], no answer or motion to dismiss is due until a date to be ordered by the Court.

1

<table>
<tr><td colspan="2"><strong>Address of Clerk:</strong></td></tr>
<tr><td></td><td><strong>Clerk of the Court<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, New York 10004−1408</strong></td></tr>
</table>

| | |
|---|---|
| **Name and Address of Plaintiff's Attorney:** | |
| | **William A. Maher<br>Paul R. DeFilippo<br>James N. Lawlor<br>Adam M. Bialek<br>Mara R. Lieber<br>WOLLMUTH MAHER & DEUTSCH LLP<br>500 Fifth Avenue<br>New York, New York 10110** |

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| United States Bankruptcy Court | Room: Courtroom 623 (SCC) |
|---|---|
| | One Bowling Green |
| Southern District of New York | New York, New York 10004−1408 |
| One Bowling Green | |
| New York, New York 10004−1408 | Date and Time: **TBD** |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: 1/17/2019                    Vito Genna

                                   _____

                                   *Clerk of the Court*

                                   By:/s/ Carmen Ortiz

                                   _____

                                   *Deputy Clerk*